[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:    (1)    DARLENE SHINAULT                                    Case No. 19-27131

         (2)

Debtor(s).                                                            Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**   (1)    3224 BLUEFIELD STREET
                     MEMPHIS, TN  38128

**PLAN PAYMENT:**

DEBTOR (1) shall pay $ **225.00 SEMI-MONTHLY**

( ) PAYROLL DEDUCTION from:                                **OR (X) DIRECT PAY**

DEBTOR (2) shall pay $

( ) PAYROLL DEDUCTION from:                                **OR ( ) DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See Plan Provision #19]          ( ) YES ( X ) NO

   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF         ( ) YES ( X ) NO
       THE COLLATERAL FOR THE CLAIM. [See Plan Provision #7 and #8]

   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See Plan Provision #12]         ( ) YES ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance
   at Section 341 Meeting of Creditors.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to**:**    **Monthly Plan Payment**

   NONE                              Ongoing Payment Begins:                        $
                                     Approximate Arrearage:                         $

5. **PRIORITY CLAIMS:**

   NONE                              Amount:                                        $

6. **HOME MORTGAGE CLAIMS:** ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   VOLUNTEER MORTGAGE            ONGOING PAYMENT TO BE PAID OUTSIDE OF PLAN     $0.00
   (Residence at 3224 Bluefield) BEGINNING NOVEMBER, 2019

   VOLUNTEER MORTGAGE            APPROX. ARREARAGES *THROUGH AND INCLUDING*
   (Residence at 3224 Bluefield) *THE MONTH OF OCTOBER, 2019*; $20,000         $335.00

7. **SECURED CLAIMS:**

   [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)]     Value of Collateral:     Rate of Interest:     **Monthly Plan Payment**

   NONE                                                                                        $
                                                                                               $

In Re DARLENE SHINAULT
Page # 2 of Plan

**8.   SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain Lien 11 U.S.C. Sec. 1325(a)]   Value of Collateral        Rate of Interest:              **Monthly Plan Payment**

NONE                                                                                                                 $
                                                                                                                      $

**9.   SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

NONE                                    Collateral:
                                        Collateral:

**10.  SPECIAL CLASS UNSECURED CLAIMS:**

                                        Amount:              Rate of Interest:              **Monthly Plan Payment**

NONE                                                                                                                 $
                                                                                                                      $

**11.  STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

NONE                                          ( ) Not provided for   **OR**   ( ) General unsecured creditor
                                              ( ) Not provided for   **OR**   ( ) General unsecured creditor

**12.  THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

**13.  ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14.  ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**   $15,000

**15.  THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) 10%,   **OR**

(X) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16.  THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

NONE                                                          ( ) Assumes   **OR**   ( ) Rejects.
                                                              ( ) Assumes   **OR**   ( ) Rejects.

**17.  COMPLETION:**   Plan shall be completed upon payment of the above in approximately **60** months.

**18.  FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

**19.  NON-STANDARD PROVISION(S):**

NONE

**ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

**20.  CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Brad George (TN #17994)                                    **DATE:** September 9, 2019
Counsel for Debtor(s)
2400 Poplar Avenue #460
Memphis, TN  38112
(901) 323-1311